(Nos. 540-552-560-566-567-901—

THE NEW YORK CENTRAL RAILROAD COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 5, 1932.*

*Per Curiam:*

This cause coming on to be heard upon motion of claimant filed on November 23, 1932, to dismiss the above entitled claims, and the court being fully advised in the premises and it appearing there is no reason why said case should not be dismissed, it is, therefore, considered by the court that said cases be and the same is hereby dismissed upon motion of claimants.

(No. 553—

LAKE ERIE & WESTERN RAILROAD COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 5, 1932.*

*Per Curiam:*

The cause coming on to be heard upon motion of claimant filed on June 12, 1932, to dismiss the above entitled claim, and the court being fully advised in the premises, and it appearing there is no reason why said case should not be dismissed, it is, therefore, considered by the court that said case be and the same is hereby dismissed upon motion of claimant.